# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

Offshore Spars Co.

             Debtor.

Case No. 23-44657
Judge Thomas J. Tucker
Chapter 11

## ORDER DIRECTING JOINT ADMINISTRATION OF DEBTORS' CHAPTER 11 CASES

Upon the Debtor's Motion for Entry of an Order Directing Joint Administration of Debtors' Chapter 11 Cases (Docket # 8, the "Motion"). The Court held a telephonic hearing on the Motion on May 26, 2023. Due and sufficient notice of the Motion having been given; the Court having jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334; the Court determining that this proceeding is a core proceeding under 28 U.S.C. § 157(b)(2); and that venue of this proceeding and this Motion in this District is proper under 28 U.S.C. §§ 1408 and 1409; the Court finding that the relief requested in the Motion is in the best interests of the Debtors, their estates, creditors, and other parties in interest; and after due deliberation and sufficient cause appearing therefore,

    IT IS ORDERED as follows:

1.    The Motion is granted.

2.    The Debtors' respective captioned and numbered cases will be jointly administered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy

Procedure and Rule 1015-1 of the Local Rules of the Bankruptcy court for the Eastern District of Michigan.

3. The caption of the jointly administered cases is to read as follows:

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT**

**IN THE MATTER OF:**

| Offshore Spars Co., et al.[1] | Case No. 23-44657 |
|---|---|
| | Judge Thomas J. Tucker |
| Debtors. | Chapter 11 |
| | Jointly Administered |

4. A proof of claim against any of the Debtors or their respective estates must be filed in the particular bankruptcy case of the Debtor against whom such claim is asserted.

5. All objections to any proof of claim filed in either case must be filed only in the lead case.

6. Except as stated in paragraph 4 above, all papers must be filed only in the lead case, and must include the case caption and footnote set forth in paragraph 3 of this Order.

---

[1] The Debtors in these jointly administered cases are Offshore Spars Co. (Case No. 23-44657) and Eric R. Graczyk (Case No. 23-44658).

7. Notwithstanding joint administration of these cases, each of the Debtors is required to file monthly operating reports, schedules, and statements of financial affairs in its respective case.

8. The Debtors must promptly serve a copy of this Order on all of the creditors in each of the proposed jointly administered creditors under Local Rule 1015(d), and promptly file proof of such service.

9. The Court will retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**Signed on May 26, 2023**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge