UNITED STATES BANKRUPTCY COURT<br>
EASTERN DISTRICT OF MICHIGAN<br>
SOUTHERN DIVISION - DETROIT

**IN THE MATTER OF:**

| | |
|---|---|
| Offshore Spars Co.[1] | Bankruptcy Case No. 23-44657 |
| | Hon. Thomas J. Tucker |
| Debtors. | Chapter 11 |

<b>BALANCE SHEET FOR DEBTOR IN COMPLIANCE<br>
WITH 11 U.S.C. 1116 AND 1187</b>

Respectfully submitted,
**STEVENSON & BULLOCK, P.L.C.**

By: /s/ Ernest M. Hassan, III
Ernest M. Hassan, III (P67815)
Counsel for Debtor
26100 American Drive, Suite 500
Southfield, MI 48034
Phone: (248) 354-7906
Facsimile: (248) 354-7907
Email: ehassan@sbplclaw.com

Dated: June 9, 2023

---

[1]    The Debtors in these jointly administered cases include Offshore Spars Co. (Bankr. Case No. 23-44657) and Eric Graczyk (Bankr. Case No. 23-44658).

# Balance Sheet

## As of June 30, 2021
## Accrual Basis

| Account | Jun 30, 2021 |
| --- | --- |
| **Assets** | |
| Current Assets | |
| Cash and Cash Equivalents | |
| Amazon | 14,914.55 |
| EzPass | 73.50 |
| FasTrack | 24.00 |
| Fifth Third Checking | 932,898.09 |
| Paypal | 2,252.68 |
| Petty Cash | 70.05 |
| Sunpass | 21.68 |
| **Total Cash and Cash Equivalents** | 950,254.55 |
| A/R Employees | 30.97 |
| Accounts Receivable | 1,455,842.24 |
| Inventory | 1,405,203.25 |
| Prepaid Insurance | (582.43) |
| Prepaid Inventory | 169,658.91 |
| Prepaid Local Tax | 4,478.98 |
| Prepaid Services | 13,964.01 |
| Prepaid Vehicle Insurance | (3,086.48) |
| Suspense Account | 205.00 |
| WIP Cost | (281,609.54) |
| Work In Process | 725,742.29 |
| | **4,440,101.75** |
| Fixed Assets | |
| Accum Dep Computers | (8,394.19) |
| Accum Dep Furniture & Fixtures | (8,946.78) |
| Accum Dep Leasehold Improvements | (39,695.06) |
| Accum Dep Software | (4,625.84) |
| Accum Dep Tools & Equipment - Autoclav | (166,080.54) |
| Accum Dep Tools & Equipment 5 Year | (20,941.28) |
| Accum Dep Tools & Equipment 7 Year | (1,775,500.56) |
| Accum Dep Vehicles | (89,585.81) |
| Computers | 11,189.77 |
| Furniture & Fixtures | 13,848.34 |
| Leasehold Improvements | 103,123.19 |
| Software | 10,980.00 |
| Tools & Equipment - Autoclave | 198,119.60 |
| Tools & Equipment 5 Year | 22,221.39 |
| Tools & Equipment 7 Year | 1,933,534.15 |
| Vehicles | 120,325.37 |
| | **299,571.75** |
| | **4,739,673.50** |

## Liabilities and Equity

| Account | Jun 30, 2021 |
| --- | --- |
| Liabilities | |
| Current Liabilities | |
| A/A Closing Fees | 9,875.25 |
| Accounts Payable | 334,309.70 |
| Accrued MI Sales Tax | 866.56 |
| Accrued Officer Wage | (100.00) |

| | |
|---|---:|
| Accrued Pension | 260.00 |
| Accrued Taxes FICA | (401.20) |
| Accrued Taxes FUTA | 0.12 |
| Accrued Taxes SUIT | 2,783.61 |
| Amex Business Gold | 24,233.90 |
| Amex Delta Reserve | 5,428.39 |
| Auto Loan 2019 | 29,008.16 |
| Capital One Visa | 18,047.87 |
| Chase Ink | 1,804.16 |
| Closing Fees | (9,875.25) |
| Distributions SK | (140,000.00) |
| Garnishment - FOC | (85.66) |
| Home Depot Commercial Card | 810.35 |
| Net Payroll | (98.64) |
| Note Payable Equipment 5/3 | 69,043.11 |
| Rounding | (2.84) |
| Sale Prepayments | 2,873,420.13 |
| SBA PPP Loan Proceeds | 265,997.75 |
| Tax Distribution | (36,327.00) |
| Tax Payable - California Withholding | 593.71 |
| Tax Payable - City Tax Withholding | 194.84 |
| Tax Payable - Federal Withholding | (1.79) |
| Tax Payable - FICA Withholding | (1.05) |
| Tax Payable - Illinois Withholding | 356.40 |
| Tax Payable - Michigan Withholding | 5,202.32 |
| Tax Payable - Rhode Island Withholding | 644.23 |
| **Total Current Liabilities** | 3,455,987.13 |
| | 3,455,987.13 |

**Equity**

| | |
|---|---:|
| Common Stock | 416.57 |
| Current Year Earnings | 406,976.09 |
| Paid In Capital | 18,083.00 |
| Retained Earnings C-Corp | 102,204.82 |
| Retained Earnings S Corp | 756,005.89 |
| | 1,283,686.37 |
| | 4,739,673.50 |