UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

Offshore Spars Co.[1]

Debtors.

Bankruptcy Case No. 23-44657
Hon. Thomas J. Tucker
Chapter 11

## CASH FLOW STATEMENT FOR DEBTOR IN COMPLIANCE WITH 11 U.S.C. 1116 AND 1187

Dated: June 9, 2023

Respectfully submitted,
**STEVENSON & BULLOCK, P.L.C.**

By: /s/ Ernest M. Hassan, III
Ernest M. Hassan, III (P67815)
Counsel for Debtor
26100 American Drive, Suite 500
Southfield, MI 48034
Phone: (248) 354-7906
Facsimile: (248) 354-7907
Email: ehassan@sbplclaw.com

---

[1] The Debtors in these jointly administered cases include Offshore Spars Co. (Bankr. Case No. 23-44657) and Eric Graczyk (Bankr. Case No. 23-44658).

# Income Statement (Profit and Loss)

For the 6 months ended June 30, 2021

Accrual Basis

| Account | Jan-Jun 2021 |
|---|---:|
| **Income** | |
| Contract Revenue | |
| Contract Sales | 3,259,786.36 |
| Contract WIP Sales | (896,292.21) |
| Design Revenue | 1,650.00 |
| Rental Revenue | 900.00 |
| Total Contract Revenue | 2,366,044.15 |
| Harken Revenue | |
| Harken Sales | 222,161.26 |
| Total Harken Revenue | 222,161.26 |
| Headstay Revenue | |
| Headstay Sales | 73,868.96 |
| Headstay WIP Sales | 20,637.00 |
| Total Headstay Revenue | 94,505.96 |
| Hydraulic Revenue | |
| Hydraulic Sales | 274,139.25 |
| Total Hydraulic Revenue | 274,139.25 |
| Refit Revenue | |
| Refit Sales | 16,665.00 |
| Total Refit Revenue | 16,665.00 |
| Retail Revenue | |
| Retail Sales | 232,304.88 |
| Total Retail Revenue | 232,304.88 |
| Running Rigging Revenue | |
| Running Rigging Sales | 182,976.33 |
| Total Running Rigging Revenue | 182,976.33 |
| Service Revenue | |
| Service Item Revenue | 216.60 |
| Total Service Revenue | 216.60 |
| Shipping Revenue | |
| Shipping | 328,752.03 |
| Total Shipping Revenue | 328,752.03 |
| Standing Rigging Revenue | |
| Standing Rigging Sales | 540,945.33 |
| Standing Rigging WIP Sales | (80,220.85) |
| Total Standing Rigging Revenue | 460,724.48 |
| | 4,178,489.94 |
| **Cost of Goods Sold** | |
| Cost of Aggregate Sales | |
| Amazon Selling Fees | 45,622.50 |
| Credit Card and Wire Transaction Fees | 8,935.34 |
| Service Item Expense | (495.24) |
| Autoclave Expense | 8,227.87 |
| Inventory Labor | 2,218.60 |
| Nexus State Tax Paid | 1,227.33 |

| | |
|---|---:|
| Early Payment Discounts Given | 1,104.92 |
| **Total Cost of Aggregate Sales** | **66,841.32** |
| **Cost of Contract Sales** | |
| Contract Design Cost | 101,546.25 |
| Contract Insurance Cost | 3,454.74 |
| Contract Labor | 472,730.41 |
| Contract Material | 1,171,190.72 |
| Contract Payroll Costs | 41,650.18 |
| Contract Sales Commission | 8,105.49 |
| Contract Warranty Labor | 2,675.11 |
| Contract Warranty Material | 63,491.91 |
| Contract WIP Material | (279,883.95) |
| **Total Cost of Contract Sales** | **1,584,960.86** |
| **Cost of Harken Sales** | |
| Harken Material | 143,421.57 |
| **Total Cost of Harken Sales** | **143,421.57** |
| **Cost of Headstay Sales** | |
| Headstay Material | 58,430.07 |
| Headstay WIP Material | 16,509.60 |
| **Total Cost of Headstay Sales** | **74,939.67** |
| **Cost of Hydraulic Sales** | |
| Hydraulic Labor | 2,360.08 |
| Hydraulic Material | 126,569.83 |
| Hydraulic Payroll Cost | 51.44 |
| **Total Cost of Hydraulic Sales** | **128,981.35** |
| **Cost of Refit Sales** | |
| Refit Labor | 7,182.23 |
| Refit Material | 1,395.27 |
| Refit Payroll Costs | 637.04 |
| **Total Cost of Refit Sales** | **9,214.54** |
| **Cost of Shipping** | |
| Drop Ship Charge | 2,584.94 |
| Shipping Cost / Material Outbound | 383,003.96 |
| **Total Cost of Shipping** | **385,588.90** |
| **Cost of Standing Rigging Sales** | |
| Standing Rigging Labor | 8,258.85 |
| Standing Rigging Material | 291,072.30 |
| Standing Rigging Payroll Cost | 740.23 |
| Standing Rigging Warranty Material | 6,870.00 |
| Standing Rigging WIP Material | (44,121.47) |
| **Total Cost of Standing Rigging Sales** | **262,819.91** |
| **Cost of Retail Sales** | |
| Retail Labor | 11,729.24 |
| Retail Material | 117,126.08 |
| Retail Payroll Cost | 1,083.82 |
| **Total Cost of Retail Sales** | **129,939.14** |
| **Cost of Running Rigging Sales** | |
| Running Rigging Labor | 1,645.04 |
| Running Rigging Material | 94,986.52 |
| Running Rigging Payroll Cost | 140.19 |
| **Total Cost of Running Rigging Sales** | **96,771.75** |
| | 2,883,479.01 |

| | |
|---|---:|
| **Gross Profit** | **1,295,010.93** |

## Operating Expenses

| | |
|---|---:|
| **Advertising and Marketing** | |
| Advertising | 19,784.85 |
| Customer Expense | 124.39 |
| Travel Expense | 567.16 |
| Promotional Material | 137.15 |

| | |
|---|---:|
| Total Advertising and Marketing | 20,613.55 |
| **Automotive** | |
| Auto Expense - Gas & Oil | 1,968.53 |
| Auto Expense - Lic & Title | 841.00 |
| Auto Expense - Mileage | 30.80 |
| Auto Expense - Other | 349.00 |
| Auto Expense - Repair & Maintenance | 4,431.11 |
| Vehicle Insurance | 3,006.00 |
| Total Automotive | 10,626.44 |
| **Building** | |
| Rent Expense | 95,400.00 |
| Total Building | 95,400.00 |
| **Business Services** | |
| Accounting Expense | 6,000.00 |
| Consulting Service - California | 163.59 |
| Outside Services | 5,025.00 |
| Total Business Services | 11,188.59 |
| **Employee Overhead** | |
| Employee Recruiting | 339.70 |
| Employee Relations | 1,459.42 |
| Health Insurance | 727.02 |
| ICHRA Funds | 12,670.00 |
| Workers Compensation Insurance | 11,401.70 |
| Workers Clinic Expenses | 3,089.29 |
| License Fees & Certifcates | 50.00 |
| Total Employee Overhead | 29,737.13 |
| **Employee Wages** | |
| Design Outsource | 1,330.00 |
| Office Wages | 378,180.62 |
| Shop Tooling Wages | 7,002.54 |
| Shop Repair & Maintenance Wages | 1,707.49 |
| Employee Management & Training | 2,031.16 |
| Cleaning & Unassigned Wages | 5,484.78 |
| Shipping & Receiving Wages | 6,395.24 |
| Vacation Pay | 14,295.59 |
| Holiday Pay | 10,632.40 |
| Medical Leave Paid | (3,107.64) |
| Waterjet Wages | 187.22 |
| Total Employee Wages | 424,139.40 |
| **Financial** | |
| Bad Debt Expense | (18.92) |
| Non-Refundable VAT | 17.10 |
| Total Financial | (1.82) |
| **Insurance** | |
| Liability & Other Insurance | 11,000.04 |
| Total Insurance | 11,000.04 |
| **Miscellaneous** | |
| Bank Service Charges | 1,235.35 |
| Miscellaneous Expense | 18.40 |
| Total Miscellaneous | 1,253.75 |
| **Office** | |
| Association & Membership | 354.00 |
| Office Supplies | 3,742.57 |
| Total Office | 4,096.57 |
| **Shipping** | |
| Shipping and Freight Inbound | 22,442.50 |
| Total Shipping | 22,442.50 |
| **Shop** | |
| Fabrication Consumables | 15,216.45 |
| Fabrication Durables | 1,219.45 |
| Lamination Consumables | 3,265.30 |

| | |
|---|---:|
| Lamination Durables | 8,260.81 |
| Machining Consumables | 5,342.80 |
| Machining Durables | 8,191.65 |
| Maintenance Consumables | 4,792.28 |
| Maintenance Durables | 7,625.08 |
| Paint Consumables | 25,184.17 |
| Paint Durables | 531.04 |
| Production Consumables | 4,645.69 |
| Production Durables | 142.66 |
| Safety Consumables | 9,999.91 |
| Fasteners | 2,350.78 |
| **Total Shop** | 96,768.07 |
| **Taxes** | |
| Property Tax - Michigan | 17,198.52 |
| State Income Tax - California | 800.00 |
| Tax Expense - FICA | 24,463.03 |
| Tax Expense - FUTA | 6,339.23 |
| Tax Expense - SUIT | 5,761.91 |
| Tax Penalties | 83.92 |
| **Total Taxes** | 54,646.61 |
| **Technology** | |
| Communications | 1,469.44 |
| Computer and Cloud Services Expenses | 16,058.95 |
| Internet Expense | 1,101.12 |
| Website/Store Cost | 1,183.28 |
| **Total Technology** | 19,812.79 |
| **Utilities** | |
| Gas | 9,412.66 |
| Electric | 23,284.46 |
| Water | 1,079.43 |
| Trash Removal | 1,218.75 |
| **Total Utilities** | 34,995.30 |
| Sales Agent Wages | 32,499.99 |
| | 869,218.91 |
| **Operating Income** | 425,792.02 |

## Other Income / (Expense)

| | |
|---|---:|
| **Depreciation Expense** | |
| Depreciation Expense Computers & Software | (1,969.68) |
| Depreciation Expense Furniture & Fixtures | (456.27) |
| Depreciation Expense Leasehold Improvements | (1,323.63) |
| Depreciation Expense Tools & Equipment | (23,877.35) |
| Depreciation Expense Vehicles | (4,795.98) |
| **Total Depreciation Expense** | (32,422.91) |
| **Interest Expense / Income** | |
| Interest Expense | (1,454.20) |
| **Total Interest Expense / Income** | (1,454.20) |
| **Miscellaneous Expense / Income** | |
| Inventory Adjustment | 14,471.35 |
| Unrealized Currency Gains | 1,135.58 |
| Realized Currency Gains | (747.94) |
| Gain/Loss Foreign Currancy | 51.49 |
| Gain/Loss Sale Of Assets | (53.57) |
| Interest Income | 18.08 |
| Miscellaneous Income | 185.77 |
| Rounding Expense | 0.41 |
| Rounding Income | 0.01 |
| **Total Miscellaneous Expense / Income** | 15,061.18 |
| | (18,815.93) |

| Net Income | 406,976.09 |
|---|---|