# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - DETROIT

| | |
|---|---|
| **IN THE MATTER OF:** <br> Offshore Spars Co., et al.[1] <br><br> Debtors. | Case No. 23-44657 <br> Judge Thomas J. Tucker <br> Chapter 11 <br> Jointly Administered |

## ORDER ADJOURNING CONFIRMATION HEARING AND PROVIDING RELATED RELIEF

These jointly-administered cases are before the Court on the stipulation filed September 12, 2023 (Docket # 96), of the Debtors Eric R. Graczyk and Offshore Spars Co. (collectively, the "Debtors"), the creditor Pathward, N.A. (the "Lender" or "Pathward"), the Subchapter V Trustee, and the Office of the United States Trustee. The Court finds good cause to enter this Order.

IT IS ORDERED that:

1. The telephonic hearing on confirmation of the Plan of Reorganization of Offshore Spars Co. and Eric R. Graczyk (Docket # 93, the "Plan"), currently scheduled for Wednesday, October 4, 2023 at 11:00 a.m., is adjourned to **Wednesday, November 8, 2023 at 11:00 a.m.** The hearing will be conducted by telephone. At least five minutes before the scheduled time for

---

[1] The Debtors in these jointly administered cases are Offshore Spars Co. (Case No. 23-44657) and Eric G. Graczyk (Case No. 23-44658).

hearing, counsel and parties should call (888) 684-8852 and use Access Code 2388650.

2. The deadline for the Lender, the Office of the United States Trustee, and the Subchapter V Trustee to object to confirmation of the Plan is extended, from September 22, 2023 to November 3, 2023.

3. The deadline for the Lender to return a ballot on the Plan is extended, from September 22, 2023 to November 3, 2023.

4. The deadline for the Debtors to file a signed ballot summary indicating the ballot count under 11 U.S.C. § 1126(c) & (d) is extended, from September 27, 2023 to November 6, 2023.

**5.** This Court retains jurisdiction to enforce and interpret this Order.

**Signed on September 12, 2023**

/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge