**UNITED STATES BANKRUPTCY COURT**  
Eastern District of Michigan

Case No.: **23−44657−tjt**

In Re: (NAME OF DEBTOR(S))

Offshore Spars Co.

_____/

**AMENDED NOTICE OF ORDER ESTABLISHING DEADLINES AND PROCEDURES IN A SUBCHAPTER V CASE**

NOTICE IS HEREBY GIVEN that on **11/03/2023** an Order Establishing Deadlines and Procedures in a Subchapter V Case was entered in the above entitled case. Therefore, the following deadlines and hearing dates are in effect:

1. Deadline for debtor to file motions is **n/a**. This is also the deadline to file all unfiled overdue tax returns.

2. Status conference is set for **at in** .

3. Deadline to file the pre−status conference report is **n/a**.

4. Deadline for debtor to file a plan is **November 17, 2023**.

5. Deadline to return ballots on plan and file objections to confirmation of plan is **December 18, 2023**. Ballot form should be returned to debtor's attorney.

6. Deadline for creditors to make an election of application of 11 U.S.C. § 1111(b)(2) is **n/a**.

7. Deadline for the ballot summary is **December 21, 2023**.

8. Hearing on objections and confirmation of plan is set for **1/3/24 at 11:00 AM in Courtroom 1925, 211 West Fort St., Detroit, MI 48226**.

9. Deadline for all professionals to file final fee applications is **30 days after the confirmation order is entered**.

10. Deadline to file objections to the Order Establishing Deadlines and Procedures is **n/a**.

11. Deadline to file a motion to extend the deadline to file a plan is **n/a**.

12. Deadline to file a motion to extend the time to file a motion to assume or reject a lease under 11 U.S.C.§ 365(d) is **n/a**.

These dates and deadlines are subject to change upon notice if the debtor files a plan before the deadline in item 4 above.

Dated: 11/3/23

Todd M. Stickle , Clerk of Court  
UNITED STATES BANKRUPTCY COURT

In re:  Case No. 23-44657-tjt
Offshore Spars Co.  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0645-2      User: admin      Page 1 of 9
Date Rcvd: Nov 03, 2023      Form ID: estdlV      Total Noticed: 319

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 05, 2023:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| dbpos | + | Offshore Spars Co., 50200 E. Russell Schmidt Blvd., New Baltimore, MI 48051-2445 |
| cr | + | Brown Borkowski & Morrow, 37887 W. 12 Mile Road, Farmington Hills, MI 48331-3033 |
| cr | + | Pathward National Association, c/o Taft Stettinius & Hollister LLP, 27777 Franklin Road, Suite 2500, Southfield, MI 48034-8222 |
| cr | + | Steven L. King, Varnum LLP, Attn: Brendan G. Best, 480 Pierce Street, Suite 300 Birmingham, MI 48009-6019 |
| cr | + | United States of America (IRS), United States Attorney, 211 W. Fort Street, Suite 2001, Detroit, MI 48226-3220 |
| 27782695 | + | ACE American Insurance Co. c/o Chubb, 436 Walnut Street - WA04K, Philadelphia, PA 19106-3703 |
| 27680389 | + | AHB Tooling & Machinery, 1658 Champagne Dr. N., Saginaw, MI 48604-9202 |
| 27680385 | + | Action Wood Solutions, 44500 Reynolds Drive, Clinton Township, MI 48036-1246 |
| 27680386 | | Adler Pollock & Sheehan P.C., One Citizens Plaza, 8th Floor, Providence, RI 02903-1345 |
| 27680388 | + | Adler Pollock & Sheehan, P.C., 49 Bellevue Avenue, Newport, RI 02840-3207 |
| 27680387 | + | Adler Pollock & Sheehan, P.C., 175 Federal Street, Boston, MA 02110-2247 |
| 27680390 | + | Air Gas, PO Box 802576, Chicago, IL 60680-2576 |
| 27680391 | + | Airtech International, 5700 Skylab Road, Huntington Beach, CA 92647-2055 |
| 27680392 | + | Alerion Yachts, c/o Peter Eastman, 342 Compass Cir., North Kingstown, RI 02852-2621 |
| 27680393 | + | Alexander Roberts, 1851 Langley Ave., Irvine, CA 92614-5697 |
| 27680394 | | Allen Brothers, 2-4, Hallmark Industrial Estate, Southminster, Essex CM0 7EH, UNITED KINGDOM |
| 27680395 | | Altomare Pro Sail di Marco Augelli, Avv. Marco Gherardi, Via Nazario Sauro n. 2, 40121 Bologna, ITALY |
| 27680397 | + | Annapolis Rigging, c/o Jay Herman, 7346 Edgewood Road, Annapolis, MD 21403-3618 |
| 27680399 | + | Aquidneck Custom, c/o William A Koffler, 69 Ballou Blvd, Bristol, RI 02809-2729 |
| 27680400 | + | Ari Wolf, 1038 W Theresa Ln, Milwaukee, WI 53209-4554 |
| 27680410 | | BSI Rigging DK, Fjordagervej 34-36, DK-6100 Haderslev, DENMARK |
| 27680402 | + | Bainbridge International, 255 Revere Street, Canton, MA 02021-2920 |
| 27680403 | + | Bay Boat Works, 145 Hance Point Road, North East, MD 21901-5313 |
| 27680404 | + | Big Lakes Lawncare LLC, 51194 Romeo Plank Road, Suite 202, Macomb, MI 48042-4111 |
| 27680405 | + | Bill Lang, 1124 Avenue C, Rivera Beach, FL 33404-6944 |
| 27680406 | + | Bill Lang, 12 Camino de las Brisas, Corrales, NM 87048-8571 |
| 27680407 | + | Boeshield - PMS Products, INc., 76 Veterans Dr., Holland, MI 49423-7823 |
| 27680408 | + | Brooklin Boatyard, 44 Center Harbor Road, Brooklin, ME 04616-3511 |
| 27680409 | + | Brown Borkowski & Morrow, 37887 West Twelve Mile Road, Farmington, MI 48331-3033 |
| 27680411 | #+ | Butki Saw & Tool, Inc., 20582 Hall Road, Clinton Township, MI 48038-5326 |
| 27680412 | + | Buzzards Bay Yacht Services, 4 Fairhaven Road, Mattapoisett, MA 02739-1479 |
| 27680413 | + | C Sherman Johnson, 1 Matthews Drive, P.O. Box L, East Haddam, CT 06423-0296 |
| 27680432 | + | CSC, PO Box 7410023, Chicago, IL 60674-5024 |
| 27680414 | + | Campbell's Boatyard LLC, c/o Alan Campbell, 26106A Bachelor Harbor Drive, Oxford, MD 21654-1403 |
| 27680415 | + | Chemical Concepts, Inc., 410 Pike Rd., Huntingdon Valley, PA 19006-1610 |
| 27680416 | + | Chesterfield 5, LLC, 12955 23 Mile Road, Shelby Township, MI 48315-2707 |
| 27680417 | | Chesterfield Township, 47275 Sugarbush Rd., New Baltimore, MI 48047-5156 |
| 27680418 | | Cimolai S.p.A, Uffici amministrativi: Porcia, Corso Lino Zanussi, 26 - 33080 (PN), ITALY |
| 27794715 | + | Cimolai USA, LLC, Goetz Fitzpatrick LLP, Attn: Gerard S. S, 1 Penn Plaza, 31st Floor, New York, NY 10119-3100 |

| | | |
|---|---|---|
| 27688033 | | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 7900040, St Louis, MO 63179-0040 |
| 27680419 | + | Citizens Insurance, 645 W. Grand River Ave., Howell, MI 48843-2184 |
| 27680421 | + | Clean All Janitorial Services Inc., P.O. Box 116, Roseville, MI 48066-0116 |
| 27680422 | + | Coast to Coast, 26018 Groesbeck Hwy, Warren, MI 48089-1542 |
| 27680423 | | Coecles Harbor Marina & Boatyard, 18 Hudson Ave, Shelter Island, NY 11964 |
| 27680424 | + | Collection Yachts, 1121 E. Las Olas Blvd., Fort Lauderdale, FL 33301-2315 |
| 27680425 | + | Color Coat Plating Co., 355 W. Girard, Madison Heights, MI 48071-1841 |
| 27680428 | + | Composite Concepts LLC, 35940 Carlisle, Clinton Township, MI 48035-4409 |
| 27680429 | + | Composites One, 4526 Paysphere Circle, Chicago, IL 60674-0001 |
| 27680430 | | Craig Penny, 5-25-2-201 Nishigotanda 201, Shinagawa City JP-13 141-0022, JAPAN |
| 27680431 | + | Crane 1, 1027 Byers Rd., Miamisburg, OH 45342-5487 |
| 27680439 | + | DD&S Express, 40 Fall River Avenue, Rehoboth, MA 02769-1043 |
| 27680441 | + | DHI Equipment, 41216 Vincenti Ct., Novi, MI 48375-1925 |
| 27680445 | + | DWM Holdings, Inc., 23171 Groesbeck Hwy., Warren, MI 48089-4249 |
| 27680433 | + | Daniel Koules, 1246 Raleigh Road, Glenview, IL 60025-3028 |
| 27680434 | | David Chase, 10854 Encino Drive, Oak View, CA 93022-9238 |
| 27680436 | + | David Happ, 508 E St, Wilmington, CA 90744-6023 |
| 27680435 | + | David Happ, 6009 Durbin, Bethesda, MD 20817-6176 |
| 27680437 | + | David Shriner, 905 Bishop Ln, Grosse Pointe, MI 48230-1946 |
| 27680438 | + | Davis Instruments, 3465 Diablo Avenue, Hayward, CA 94545-2778 |
| 27680440 | + | Depatie Fluid Power, 6256 American Avenue, Portage, MI 49002-9302 |
| 27680442 | + | Dieball Sailing, c/o Mike Stark, 2933 131 St, Toledo, OH 43611-2327 |
| 27680443 | + | Donald Thinschmidt, 4642 Sailview Dr., Holland, MI 49423-8956 |
| 27680447 | + | Easom Rigging, c/o Scott Easom, 1230 Brickyard Cove Road, #102, Richmond, CA 94801-4187 |
| 27767086 | | Ellcee Nautical Supplies Co. Ltd., MMH Malta, Triq Xatt il-Mollijiet, Marsa, MRS1152 |
| 27680448 | + | Ellen Bloom, 707 Gardenia, Royal Oak, MI 48067-3648 |
| 27680449 | + | Eric Graczyk, 4170 Nearbrook Rd., Bloomfield Hills, MI 48302-2139 |
| 27680450 | + | Erich Christoph, 23 Westgate Blvd, Savannah, GA 31405-1474 |
| 27680451 | + | Euro Marine Trading, 62 Halsey Street, Unit M, Newport, RI 02840-1349 |
| 27680452 | | Evolution Yachts SL, Av. de Gabriel Roca, 46,, 07015 Palma, SPAIN |
| 27680457 | + | FIRE EXTINGUISHER, 31551 GROESBECK, FRASER, MI 48026-2592 |
| 27680458 | + | FJ Manufacturing, 32329 Milton Avenue, Madison Heights, MI 48071-5601 |
| 27680453 | | Faire, 517 E. 1600, Orem, UT 84058 |
| 27680454 | + | Fastenal, P.O. Box 1286, Winona, MN 55987-7286 |
| 27680455 | | FedEx, P.O. Box 332, Memphis, TN 38194-4741 |
| 27680456 | + | Fifth Third Bank, c/o Mark Sandri, 18800 Hall Road, Mail Drop JHRD1B, Clinton Township, MI 48038-1340 |
| 27680459 | + | Flexicon Pacific, 745 N. Main St., Orange, CA 92868-1105 |
| 27698948 | | Flying Brick LIMITED - Todd Burrough, 26 Onekiritea Road, Hobsonville, Auckland 0618, New Zealand |
| 27680460 | | Flying Brick Limited - Todd Burrough, 26 Onekiirite, Hobsonville Point, Auckland 0618, NEW ZEALAND |
| 27680461 | + | Forespar, 22322 Gilberto, Rancho Santa Margarita, CA 92688-2110 |
| 27796802 | | Four By Four Construction Inc., 1055 Torrey Pines Rd., Suite 201, La Jolla, CA 92037-4431 |
| 27767089 | + | Fred Detwilder, 23200 Coolidge Highway, Oak Park, MI 48237-2070 |
| 27680462 | + | Front Street Shipyard, 101 Front St., Belfast, ME 04915-6640 |
| 27680463 | | Fused Composite Design, 48 Keurboom Rd., Claremont Cape Town 7708, South Africa |
| 27680464 | | Future Fibres Rigging, Avnstitucion 26, Pl De Tomburo, Valencia 46136, SPAIN |
| 27680469 | + | GILL North America Ltd., 1025 Parkway Industrial Park Drive, Buford, GA 30518-1641 |
| 27680465 | + | General Radiology Associate, 1080 Harrington St., Mount Clemens, MI 48043-2901 |
| 27680467 | + | Gib Black, 44-531 Kaneohe Bay Dr., Kaneohe, HI 96744-2525 |
| 27680468 | | Gibson Island Boatworks, 1703 Skippers Row, Gibson Island, MD 21056 |
| 27680470 | + | Gilles Combrisson, GC Rigging & Composites, LLC, 800 Wharf St., Richmond, CA 94804-3558 |
| 27680471 | + | Go Engineer, 739 E. Fort Union Blvd., Midvale, UT 84047-2348 |
| 27680473 | + | Grainger, 15300 Martin Road, Roseville, MI 48066-2348 |
| 27680474 | + | Greg Kelchner, 4619 SE Quail Trail, Stuart, FL 34997-6935 |
| 27680475 | + | Greiner Sailmakers, 5556 Edgewater Dr., Toledo, OH 43611-2457 |
| 27688037 | | Grt Lakes Bk, 011-04-L, 801 Marquette Ave. S, Mineapolis, MN 55402-2807 |
| 27680482 | | HP Rigging, VIA DANTE 14/8, 16011 Arenzano (GE), ITALY |
| 27680476 | + | Hall Anodizing, 2601 S. Huron Road, Kawkawlin, MI 48631-9170 |
| 27680477 | + | Hall Straton, 1186 Spring St, Oak View, CA 93022-9721 |
| 27680479 | + | Hayn Enterprises, 51 Inwood Road, Rocky Hill, CT 06067-3443 |
| 27680480 | | Hella, Dept. 771011, P.O. Box 77000, Detroit, MI 48277-0011 |
| 27745899 | + | Helmut Mauer, c/o Plunkett Cooney, Douglas Bernstein, 38505 Woodward Avenue, Suite 100, Bloomfield Hills, MI 48304-5096 |
| 27680481 | | High Performance Rigging, VIA DANTE 14/8, 16011 Arenzano (GE), ITALY |
| 27680483 | + | Hugh Balloch, 60 Dumpling Dr., Jamestown, RI 02835-2905 |

| | | |
|---|---|---|
| 27680487 | + | IQ Manufacturing, 1180 Centre Road, Auburn Hills, MI 48326-2602 |
| 27680484 | + | Innovative Industries, 21493 Ryan Rd., Warren, MI 48091-4692 |
| 27680485 | + | Integrity Business Solutions, 26107 Sherwood Avenue, Warren, MI 48091-4165 |
| 27680489 | + | JCR Supply, 33580 Giftos Drive, Clinton Township, MI 48035-4211 |
| 27680488 | + | James Betts Enterprises, PO Box 991, Friday Harbor, WA 98250-0991 |
| 27680490 | | Jim Puckett, 58 E St, Wilmington, CA 90744 |
| 27680491 | + | Jim Yabsley, 1050 Cindy Lane, Carpinteria, CA 93013-2906 |
| 27680492 | + | Joe Grieser, 6303 Seaview Ave NW, Seattle, WA 98107-2664 |
| 27680493 | | John Deere Landscapes, 24110 Network Place, Chicago, IL 60673-1241 |
| 27680494 | + | John Stevens, 3 Elmsley Lane, Gross Pointe, MI 48230-1902 |
| 27680495 | | Joseph Mele, Waterfront Driver Road Town, Tortola, BRITISH VIRGIN ISLANDS |
| 27680496 | + | Joseph Mele, 4200 N Flagler Dr, West Palm Beach, FL 33407-4221 |
| 27680497 | + | Juan Moline, 114 El Tuque Industrial Park Suite #4, Ponce, PR 00728-2809 |
| 27680498 | | Keith Colburn, 555 Shoke Blvd, Northbrook, IL 60062 |
| 27680500 | | Kinetic Catamarans, 12 New Street, Knysna, 6570, SOUTH AFRICA |
| 27680501 | + | Kinetic Catamarans LLP, 13326 Chuckanut Mountain Drive, Bow, WA 98232-9520 |
| 27680502 | | King Marine, Poligono Ind Sur, Parcelas 21/23, Algenas, Valencia 46230, SPAIN |
| 27680503 | | Kostopoulos Rodriguez, PLLC, 500 W. Merrill St., Suite 100, Birmingham, MI 48009 |
| 27680504 | + | Kroil-Kano Laboratories LLC, 1000 East Thompson Lane, Nashville, TN 37211-2627 |
| 27680506 | + | Landing School, 286 River Road, Arundel, ME 04046-7538 |
| 27680507 | + | Larry Hillman, P.O. Box 608, Highland Park, IL 60035-0608 |
| 27680508 | | Legend Rigging, P.O. Box 238, Chester, CT 06412-0238 |
| 27680509 | + | Lochner Law Firm, P.C., 91 Main St., 4th Fl, Annapolis, MD 21401-2032 |
| 27680510 | + | Logan Greenlee, 309 Front St, Marion, MA 02738-1537 |
| 27680511 | + | LookOut Capital LLC, P.O. Box 161124, Atlanta, GA 30321-1124 |
| 27680512 | | Lopolight, Bakkegaardsvej 513, DK-3050 Humlebaek, DENMARK |
| 27767087 | + | Luke Grossman, 5713 Van Gordan St., Arvarda, Co 80002-1364 |
| 27680513 | + | Lyman-Morse Boatbuilding, 84 Knox St, Thomaston, ME 04861-3714 |
| 27680526 | + | MFASCO, PO Box 386, Roseville, MI 48066-0386 |
| 27680514 | + | Macomb Emergency Physicians PLLC, P.O. Box 776421, Chicago, IL 60677-6421 |
| 27680515 | + | Maloney Marine Rigging, P.O. Box 364 Southport, Southport, ME 04576-0364 |
| 27680516 | + | Marine Industries, 2900 Boyne Rd., P.O. Box 368, Marlette, MI 48453-0368 |
| 27680517 | | Marine Results, 4 The Sidings, Hound Road, Netley Abbey, England S031 5Qa, UNITED KINGDOM |
| 27680518 | + | Marlow, 10 Cordage Park Circle, Suite 228, Plymouth, MA 02360-7318 |
| 27680519 | + | Marvin Ihnen, 276 Lake Shore Rd., Grosse Pointe, MI 48236-3782 |
| 27680520 | + | Matthias Maus, C/O International Fine Art Corp., 1819 SE 17th Street, Suite 1206, Fort Lauderdale, FL 33316-3060 |
| 27680521 | | McGee Industries, 9 Crozerville Road,, P.O. Box 2425, Aston, PA 19014-0425 |
| 27680522 | + | McLaren Macomb, Attn: Accounts Receivable, 1000 Harrington St., Clinton Township, MI 48043-2920 |
| 27680523 | + | McMASTER-CARR SUPPLY, 600 N. County Line Road, Elmhurst, IL 60126-2081 |
| 27699497 | + | McMaster-Carr, 200 Aurora Industrial Pkwy., Aurora, OH 44202-8090 |
| 27680524 | + | Merlin Law Group, c/o Keona Williams, 777 Harbor Island Blvd, Tampa, FL 33602-5747 |
| 27680525 | + | Metro Welding Supply, 12620 Southfield, Detroit, MI 48223-3598 |
| 27680527 | | Michael Schmidt Yachtbau, c/o Christin Kalisch, Nordstra e 1, Greifswald, 17493, GERMANY |
| 27680529 | + | Michigan Miller, The Sterling Group, Inc.,, 13900 Lakeside Circle, Sterling Heights, MI 48313-1442 |
| 27680530 | + | Midwest Marine Supply, 24300 Jefferson Avenue, Saint Clair Shores, MI 48080-1397 |
| 27680531 | + | Mike Fozo, 61 Kenwood Road, Grosse Pointe, MI 48236-3608 |
| 27680532 | + | Mike Kayusa, 4025 E 102nd St, Chicago, IL 60617-6061 |
| 27680533 | + | Mitsubishi Chemical Carbon Fiber & Comp., 1822 Reynolds Ave., Irvine, CA 92614-5714 |
| 27680534 | | Morris Yachts, c/o Donnie Dow, 14 Harbor Drive, Northeast Harbor, ME 04662 |
| 27690463 | + | Motor City Fastener dba Motor City Industrial, 1600 E Ten Mile Road, Hazel Park, MI 48030-1208 |
| 27680535 | + | Motor City Industrial, 1600 E. 10 Mile Road, Hazel Park, MI 48030-1208 |
| 27680536 | + | Nance & Underwood, 262 SW 33rd St, Fort Lauderdale, FL 33315-3328 |
| 27680537 | | Nautor Swan, Oy Nautor Ab P.O. Box 10, 68601 JAKOBSTAD, FINLAND |
| 27680538 | | Nautor Swan Global Service, Moll de Quimet Costa 1-10,, Port de Badalona,, 08912 Badalona (Barcelona) Spain |
| 27680539 | | Nautor Swan Global Service SL, Moll De Quimet Cost 1-10, Port De Badalona, Badalona, 08912, SPAIN |
| 27680540 | + | Navtec Hydraulics, 800 Flanders Road,, Unit 10 #5, Mystic, CT 06355-1331 |
| 27688040 | | New York Life, PO Box 130539, Dallas, TX 75313-0539 |
| 27680541 | + | Nick Nicholson, 292 E Shore Road, Jamestown, RI 02835-1707 |
| 27680542 | | Northwest Rigging, c/o Jerry Vander Veen, 30th St, Anacortes, WA 98221 |
| 27680543 | | Occupational Health, Centers of Michigan PC, P.O. Box 5106, Southfield, MI 48086-5106 |
| 27680544 | | Orange Sails, Via dei Cavalieri di Malta 9, 34015 Muggia, Friuli-Venezia Giulia, ITALY |
| 27680553 | + | PED Prestige Extreme Distribution, 24700 Capital Blvd., Clinton Township, MI 48036-1350 |
| 27680545 | | Pacer Marine, 1555 Apex Road, Sarasota, FL 34240-9390 |

| | | |
|---|---|---|
| 27680546 | + | Painters Supply, P.O. Box 1477, Taylor, MI 48180-5877 |
| 27792211 | + | Pathward NA, c/o Kimberly Ross Clayson, Taft Stettinius & Hollister LLP, 27777 Franklin Rd., Ste. 2500, Southfield, MI 48034-8222 |
| 27680547 | + | Pathward, National Association, 5480 Corporate Drive, Suite 350, Troy, MI 48098-2642 |
| 27680548 | + | Patrick Rogers, Charleston City Marina, 17 Lockwood Blvd Charleston, Charleston, SC 29401-1160 |
| 27680550 | + | Paul Kanev, 20 S Letitia St #41C, Philadelphia, PA 19106-3071 |
| 27680549 | + | Paul Kanev, 140 Huyshope Avenue, #601, Hartford, CT 06106-2895 |
| 27680551 | + | Paul Kanev, 282 Washington St, Hartford, CT 06106-3322 |
| 27680552 | + | Paycheck Protection Program Loan, 38 Fountain Square Plaza, Cincinnati, OH 45263-0001 |
| 27680554 | + | Peek-A-Boo, 11455 E. 13 Mile Rd., Ste 202, Warren, MI 48093-2502 |
| 27680555 | + | Persak & Wurmfeld, 69 Jay St., #601a, Brooklyn, NY 11201-1143 |
| 27789850 | + | Persak & Wurmfeld Inc, 68 Jay St, #601A, Brooklyn NY 11201, Brooklyn, NY 11201-8386 |
| 27680556 | + | Peter Doughtery, 58 E St, Boston, MA 02127 |
| 27680557 |   | Peter Gibbons, 12820 Trites Rd, Unit 37, Richmond BC V7E 3R8, CANADA |
| 27680558 | + | Peter Thorton, 31 East Snapper Pt. Drive, Key Largo, FL 33037-3787 |
| 27680559 |   | Peters + Bey, Senefelder-Ring 9, 21465 Reinbek, GERMANY |
| 27680560 |   | Pierre Bouriez, 10 Avenue du Chili, Bruxelles 1000, BELGIUM |
| 27680561 | + | Pro Set, 707 Martin St., Bay City, MI 48706 |
| 27680562 |   | Pronto Clearing CC, PO Box 36885, Chempet, Cape Town 7442 South Africa |
| 27680563 |   | Protect Tape, VIA PIETRARUBBIA, 32D - 47921, Rimini (RN), ITALY |
| 27680564 | + | Proteus LTD, c/o George Sakellaris, 111 Speen Street, Framingham, MA 01701-2000 |
| 27680565 | + | Quick USA, 810 Oregon Ave., Suite F, Linthicum Heights, MD 21090-1438 |
| 27680566 | + | R&W Rope, 39 Tarkiln Place, P.O. Box 50420, New Bedford, MA 02745-0014 |
| 27680567 |   | Reckmann Yacht Equipment, Siemensstrasse 37-39, 25462 Rellingen, GERMANY |
| 27680569 | + | Reynolds Advanced, 51805 Filomena Drive, Shelby Township, MI 48315-2949 |
| 27767088 | + | Rhode Island Department of Revenue, One Capital Hill, 3rd Floor, Providence, RI 02908-5803 |
| 27680570 | + | Rig Pro Rhode Island, c/o Mattie Falls, 14 Regatta Way, Portsmouth, RI 02871-6170 |
| 27680571 |   | Rigging Projects, Unit 5 Mitchell Point, Ensign Way, Hamble-le-Rice, Southampton, SO31 4RF, UNITED KINGDOM |
| 27680572 | + | Rite-Way Cutter Sharpening, 33545 Groesbeck Hwy., Fraser, MI 48026-4205 |
| 27680573 | + | Rob Hendershot, 726 Milwaukee Ave, South Milwaukee, WI 53172-2114 |
| 27680575 | + | Robin Mitra, 823 Cherokee Ave., Royal Oak, MI 48067-3303 |
| 27680576 | + | Rockport Marine, c/o Sam Temple, 1 Main Street, Rockport, ME 04856-5960 |
| 27680577 | + | Ronstan, 1170 East Main Road, Unit 3, Portsmouth, RI 02871-2332 |
| 27680578 | + | Running Tide, LLC, 9900 Main St., Suite 500, Fairfax, VA 22031-3907 |
| 27680620 |   | SY Atalante, Atlantic Sailing Ltd, Douglas Chambers North Quay, Douglas 1M1 4LA, ISLE OF MAN |
| 27680621 |   | SY Black Pearl, Tortuga Marine Ltd 2nd FL Maison Trinity, Rue du Pre St Peter Port Guernsey, GY1 1LT Reg # 48813, SPAIN |
| 27680622 | + | SY Firefly, 2442 NW Market St #704, Seattle, WA 98107-4137 |
| 27680623 | + | SY Pendagron, c/o Greg Thomas, 89 Kerchavel Ave., Suite 200, Grosse Pointe, MI 48236-3603 |
| 27680580 | + | Sam Vinyard, 84 Knox St, Thomaston, ME 04861-3714 |
| 27680581 | + | Sandin Manufacturing, 250 Indiana Hwy. 212, Michigan City, IN 46360-2857 |
| 27711464 | + | Sandin Mfg. Inc., 250 Indiana Hwy. 212, Michigan City, IN 46360-2857 |
| 27680583 | + | Schaedler Enterprises, 42 Needs Point Rd, Mattapoisett, MA 02739-2165 |
| 27680582 | + | Schaedler Enterprises, c/o Matt Schaedler, 1831 East Manhattan, Toledo, OH 43608-1559 |
| 27680584 |   | Schaefer Marine, 158 Duchaine Blvd., New Bedford, MA 02745-1293 |
| 27680585 | + | Scott Serafin, 31 Barrington Ln, Chester Springs, PA 19425-3404 |
| 27680586 | + | Sea Dog, P.O. Box 479, Everett, WA 98206-0479 |
| 27680588 | + | SeaSmart, 398 East Dania Beach Blvd., Suite #297, Dania, FL 33004-3051 |
| 27680589 | + | Seatek Yachting, c/o Alan Lindsey, 2226 Gondar Ave, Long Beach, CA 90815-3332 |
| 27680590 |   | Semco Energy Gas Company, P.O. Box 79001, Detroit, MI 48279-1722 |
| 27680591 |   | Shopify, 151 O'Connor St., Ground Floor, Ottawa, Ontario K2PL8 |
| 27680592 | + | Site One Landscape Supply, 51224 Simone Industrial Dr., Utica, MI 48316-4404 |
| 27680596 | + | Small Business Administration, 2719 N. Air Fresno Dr., Ste. 107, Fresno, CA 93727-1547 |
| 27680599 | + | Sound Rigging Servicees, c/o Chuck Poindex, 6 Plains Road, P.O. Box 471, Essex, CT 06426-0471 |
| 27680600 | + | Source 1 Metals, 1857 Enterprise Drive, Rochester, MI 48309-3802 |
| 27680603 | + | SpM Design LLC, 429 Almy Rd., Somerset, MA 02726-3652 |
| 27711474 | + | Spinlock Limited, PO Box 2672, Newport, RI 02840-0303 |
| 27680602 | + | Spinlock USA, P.O. Box 2672, Newport, RI 02840-0303 |
| 27680604 | + | St Clair Boats, 24400 Jefferson St, Saint Clair Shores, MI 48080-1325 |
| 27680606 |   | Stark CNC, Unit 15 Stella Cove, 43 Stella Road, Montague Gardens, Cape Town, 7441, SOUTH AFRICA |
| 27815532 | + | State Of Michigan, MIOSHA, 530 W. Allegan St, PO Box 30644, Lansing, MI 48909-8144 |
| 27680609 |   | State of California, Consumer Use Tax, 450 N. St. MIC:37, Sacramento, CA 94279-0037 |
| 27680613 | + | State of Rhode Island, Rhode Island Division of Taxation, One Capitol Hill, Providence, RI 02908-5803 |
| 27680615 | + | Stevan Johnson, 2134 3rd Ave, Suite 200, Seattle, WA 98121-2306 |
| 27680614 | + | Stevan Johnson, 4055 21st Ave W, Suite 200, Seattle, WA 98199-1247 |

| | | |
|---|---|---|
| 27680617 | + | Steve Smolinske, 4701 Shilshole Ave NW, Seattle, WA 98107-4802 |
| 27680616 | + | Steve Smolinske, 15660 Nelson Place, Seattle, WA 98188-5506 |
| 27680618 | + | Steven L. King, 200 River Place Drive, Unit 28, Detroit, MI 48207-4464 |
| 27680619 | + | SurfacePrep, 410 W. Eight Mile Road, Ferndale, MI 48220-3221 |
| 27688047 | | Syncb/hawthorne Applia, c/o Po Box 965036, Orlando, FL 32896-0001 |
| 27680624 | + | TERMINAL SUPPLY, 1800 Thunderbird, Troy, MI 48084-5428 |
| 27680635 | | TRJ Yachting, 5 Weatherly Road, New Zealand, 0630, NEW ZEALAND |
| 27680625 | | Terminix International, P.O. Box 742592, Cincinnati, OH 45274-2592 |
| 27680626 | + | Teufelberger Fiber Rope, 848 Airport Road, Fall River, MA 02720-4735 |
| 27680628 | + | The Law Offices of Robert A. Lewallen, PO Box 30523, Savannah, GA 31410-0523 |
| 27680629 | + | Thomas Barker, 13430 Hamilton St, Omaha, NE 68154-5149 |
| 27680630 | + | Thomas Dunn, 60 Racquet Road, Jamestown, RI 02835-2928 |
| 27680631 | | Ti-TaMED (Pty) Ltd, 54 Auckland Street, Paarden Eiland, Cape Town, 7405, SOUTH AFRICA |
| 27680632 | + | Tom Manco, Pilots Point North Yard, 333 Boston Post Rd, Westbrook, CT 06498-1748 |
| 27711448 | + | Tortorigi Transport, LLC, PO Box 96, Trussville, AL 35173-0096 |
| 27680633 | + | Tortorrigi Transport, LLC, P.O. Box 96, Trussville, AL 35173-0096 |
| 27680634 | | Tristar Plastics, P.O. Box 3065, Boston, MA 02241-3065 |
| 27680636 | + | Tylaska, 800 Flanders Rd., Mystic, CT 06355-1341 |
| 27680643 | + | UPS Supply, 28013 Network Place, Chicago, IL 60673-1280 |
| 27680644 | + | US Watercraft, c/o Sean Skrzypiec, 373 Market St, Warren, RI 02885-2681 |
| 27680645 | + | USI Insurance, 5545 Rings Road, Suite 250, Dublin, OH 43016 |
| 27680640 | + | Ultra Safety Systems, 1601 Hill Ave., Suite C, Mangonia Park, FL 33407-2233 |
| 27790109 | + | United Shore Financial Services, LLC, Attention: Bankruptcy Department, 425 Phillips Blvd., Ewing, NJ 08618-1430 |
| 27680641 | + | Unum Life Insurance, 408 S Lafayette Ave, Royal Oak, MI 48067-2579 |
| 27680646 | + | Usrey Commercial Cleaning, 52133 Hickory Dr., New Baltimore, MI 48047-4561 |
| 27680647 | + | Van Dam Custom Boats, 970 E Division St, Boyne City, MI 49712-9609 |
| 27680648 | + | Varnum, Attn.: Sarah L. Wixson, 101 N. Main St., Ste. 525, Ann Arbor, MI 48104-5517 |
| 27680649 | + | Varnum, Attn.: Matthew E. Maltz, 101 N. Main St., Ste. 525, Ann Arbor, MI 48104-5517 |
| 27680650 | + | Wadson & Assoc., PO Box 237, Portsmouth, RI 02871-0237 |
| 27680651 | | Walter Pierson, IYM Tortola, BRITISH VIRGIN ISLANDS |
| 27680652 | + | Waterline Systems, 270 Hogans Raod, Hubert, NC 28539-4508 |
| 27680654 | + | Weems & Plath, 214 Eastern Avenue, Annapolis, MD 21403-3318 |
| 27680655 | + | Wichard-Sparcraft, 3901 Pine Grove Cir., Charlotte, NC 28206-1385 |
| 27680656 | + | William Wrightson, 26106 Bachelors Harbor Dr., Oxford, MD 21654-1403 |
| 27680658 | | XTJ Technology, ShenZhen Factory, Building C, Baoyuanquan 1st Industrial Zone, Donghuan Road, Bao An District, Shenzhen, CHINA |
| 27680657 | + | Xometry, P.O. Box 735303, Dallas, TX 75373-5303 |
| 27680659 | | Yacht Moving S.L., Camino de Canal, 91 Local 19, Valencia 46024, SPAIN |
| 27680660 | + | Yachtify USA LLC, 398 E Dania Beach Blvd., Dania, FL 33004-3051 |
| 27680663 | | ZTL Tech, 14 Bldg., 3rd Industrial Park of. Dawang, Shajing St., Baoan Dist., Shenzhen, Guangdong, China |
| 27680661 | + | Zephyrwerks, 521 Snagstead Way, Port Townsend, WA 98368-9668 |
| 27680662 | + | Zero Two LLC, c/o John Gallagher, 2488 Vantage Way, Del Mar, CA 92014-2942 |
| 27680446 | + | e33 Trading, c/o Robbie Doyle, 43 Norman St, Marblehead, MA 01945-2672 |

TOTAL: 270

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 27680398 | Email/Text: Lhixon@apacpaper.com | Nov 03 2023 21:33:00 | Apac Paper & Packaging Corp., 4000 Enterprise Dr., Allen Park, MI 48101 |
| 27680401 | Email/Text: g17768@att.com | Nov 03 2023 21:33:00 | AT & T, P.O. Box 8212, Aurora, IL 60572-8212 |
| 27688029 | Email/PDF: bncnotices@becket-lee.com | Nov 03 2023 21:39:57 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 27688030 | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 03 2023 21:33:00 | Bank of America, PO Box 982238, El Paso TX 79998-2238 |
| 27688038 | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 03 2023 21:39:34 | Citibank, PO BOX 790034, St Louis, MO 63179-0034 |
| 27688031 | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 03 2023 21:39:44 | Citibank/Best Buy, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 27688032 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 03 2023 21:39:33 | Citibank/Shell Oil, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 27680427 | + | Email/PDF: dor_tac_bankruptcy@state.co.us | Nov 03 2023 21:39:33 | Colorado Department of Revenue, 1881 Pierce St., Entrance B, Lakewood, CO 80214-1407 |
| 27680426 | | Email/PDF: dor_tac_bankruptcy@state.co.us | Nov 03 2023 21:39:33 | Colorado Department of Revenue, Taxation Division, P.O. Box 17087, Denver, CO 80217-0087 |
| 27680444 | | Email/Text: brupt1@dteenergy.com | Nov 03 2023 21:34:00 | DTE, PO Box 740786, Cincinnati, OH 45274-0786 |
| 27695771 | | Email/Text: EBNBKNOT@ford.com | Nov 03 2023 21:34:00 | Ford Motor Credit Company, LLC, P.O. Box 62180, Colorado Springs, CO 80962 |
| 27714652 | + | Email/Text: legal@fastenal.com | Nov 03 2023 21:34:00 | Fastenal Company, 2001 Theurer Blvd., Attn: Legal, Winona, MN 55987-9902 |
| 27688035 | | Email/Text: cashiering-administrationservices@flagstar.com | Nov 03 2023 21:34:00 | Flagstar Bank, Attn: Bankruptcy, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 27688034 | | Email/Text: cashiering-administrationservices@flagstar.com | Nov 03 2023 21:34:00 | Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 27748225 | | Email/Text: BKBNCNotices@ftb.ca.gov | Nov 03 2023 21:34:00 | Franchise Tax Board, Bankruptcy Section MS A340, PO BOX 2952, Sacramento, CA 95812-2952 |
| 27680466 | + | Email/Text: MCatherincchia@gflenv.com | Nov 03 2023 21:34:00 | GFL Environmental, 6200 Elmridge Dr., Sterling Heights, MI 48313-3706 |
| 27688036 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Nov 03 2023 21:33:00 | Goldman Sachs Bank USA, Salt Lake City Branch, Lockbox 6112, P.O. Box 7247, Philadelphia, PA 19170-6112 |
| 27680478 | + | Email/Text: leslie.andrich@harken.com | Nov 03 2023 21:34:00 | Harken, N15W24983 Bluemound Road, P.O. Box 7, Pewaukee, WI 53072-0007 |
| 27746581 | + | Email/Text: leslie.andrich@harken.com | Nov 03 2023 21:34:00 | Harken, Incorporated, Attn: Scott McTrusty, N15W24983 Bluemound Rd, Pewaukee, WI 53072-4974 |
| 27682304 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 03 2023 21:34:00 | INTERNAL REVENUE SERVICE, INSOLVENCY, P O BOX 330500 STOP 15, DETROIT MI 48232 |
| 27688052 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 03 2023 21:39:53 | JPMorgan Chase Bank NA, Bankruptcy Mail Intake Team, 700 Kansas Lane Floor 01, Monroe, LA 71203-4774 |
| 27680499 | | Email/Text: USAMIE.BNCElectronicBankruptcyNotices@usdoj.gov | Nov 03 2023 21:33:00 | Kevin R. Erskine, 211 W Fort St.,, Suite 2001, Detroit, MI 48226-3220 |
| 27680522 | + | Email/Text: customerservicecbo@mclaren.org | Nov 03 2023 21:34:00 | McLaren Macomb, Attn: Accounts Receivable, 1000 Harrington St., Clinton Township, MI 48043-2920 |
| 27699498 | + | Email/Text: chi.sales@mcmaster.com | Nov 03 2023 21:33:00 | McMaster-Carr, PO Box 7690, Chicago, IL 60680-7690 |
| 27688039 | | Email/Text: M74banko@mercedes-benz.com | Nov 03 2023 21:33:00 | Mercedes - Benz Financial Services, Attn: Bankruptcy, P.O. Box 685, Roanoke, TX 76262-0685 |
| 27808758 | + | Email/Text: MarcsBankruptcyUnit@michigan.gov | Nov 03 2023 21:34:00 | Michigan Department of Treasury, Bankruptcy Unit, P.O. Box 30168, Lansing, MI 48909, 5 48909-7668 |
| 27680528 | + | Email/Text: MarcsBankruptcyUnit@michigan.gov | Nov 03 2023 21:34:00 | Michigan Department of Treasury, Collections/Bankruptcy Unit, P.O. Box 30168, Lansing, MI 48909-7668 |
| 27688041 | | Email/Text: BKEBN-Notifications@ocwen.com | Nov 03 2023 21:33:00 | PHH Mortgage, Attn: Bankruptcy, Po Box 5452, |

| Notice No. | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Mount Laurel, NJ 08054-5452 |
| 27680568 | | Email/Text: Mnephew@RMIPC.NET | Nov 03 2023 21:33:00 | Regional Medical Imaging, 3346 Lennon Road, Flint, MI 48507 |
| 27688045 | ^ | MEBN | Nov 03 2023 21:28:52 | Shell, P.O. Box 9001011, Louisville, KY 40290-1011 |
| 27680594 | ^ | MEBN | Nov 03 2023 21:28:37 | Small Business Administration, Attn. District Counsel, 515 Patrick V. McNamara Bldg., 477 Michigan Avenue, Detroit, MI 48226-2573 |
| 27680593 | + | Email/Text: bankruptcynotices@sba.gov | Nov 03 2023 21:33:00 | Small Business Administration, 409 3rd St., SW Floor 2, Washington, DC 20416-0005 |
| 27680595 | + | Email/Text: birminghamtops@sba.gov | Nov 03 2023 21:34:32 | Small Business Administration, 801 Tom Martin Drive, Suite 120, Birmingham, AL 35211-6424 |
| 27680597 | | Email/Text: birminghamtops@sba.gov | Nov 03 2023 21:34:33 | Small Business Administration, P.O. Box 740192, Atlanta, GA 30374-0192 |
| 27680605 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 03 2023 21:39:56 | Staples Credit Plan, Dept. 51-7814669643, P.O. Box 689020, Des Moines, IA 50368-9020 |
| 27680608 | + | Email/Text: BKBNCNotices@ftb.ca.gov | Nov 03 2023 21:34:00 | State of California, Franchise Tax Board, PO Box 942840, Sacramento, CA 94240-0001 |
| 27680607 | | Email/Text: BKBNCNotices@ftb.ca.gov | Nov 03 2023 21:34:00 | State of California, Franchise Tax Board, PO Box 942867, Sacramento, CA 94267-1111 |
| 27680610 | | Email/Text: MarcsBankruptcyUnit@michigan.gov | Nov 03 2023 21:34:00 | State of Michigan, Department of Treasury, P.O. Box 77437, Detroit, MI 48277-0437 |
| 27680611 | ^ | MEBN | Nov 03 2023 21:29:00 | State of Michigan, Department of Attorney General, Cadillac Place, 3030 West Grand Boulevard, Detroit, MI 48202-6030 |
| 27680612 | + | Email/Text: MarcsBankruptcyUnit@michigan.gov | Nov 03 2023 21:34:00 | State of Michigan, Department of Treasury, Collections Division, Treasury Building, Lansing, MI 48922-0001 |
| 27688046 | | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 03 2023 21:39:32 | Syncb/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 27688048 | | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 03 2023 21:39:54 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept., Po Box 965064, Orlando, FL 32896-5064 |
| 27680627 | | Email/Text: bankruptcy@ar.tforcefreight.com | Nov 03 2023 21:33:00 | Tforce Freight, PO Box 1216, Richmond, VA 23218 |
| 27680637 | + | Email/Text: USAMIE.BNCElectronicBankruptcyNotices@usdoj.gov | Nov 03 2023 21:33:00 | U.S. Attorney, attn: Civil Division (IRS), 211 West Fort St., Ste 2001, Detroit, MI 48226-3220 |
| 27680638 | ^ | MEBN | Nov 03 2023 21:28:46 | U.S. Attorney General, U.S. Dept. of Justice, 950 Pennsylvania Ave., N.W., Washington, DC 20530-0009 |
| 27680639 | | Email/Text: bankruptcynotices@sba.gov | Nov 03 2023 21:33:00 | U.S. Small Business Administration, P.O. Box 3918, Portland, OR 97208-3918 |
| 27688050 | | Email/Text: vdimambro@uwm.com | Nov 03 2023 21:33:00 | United Wholesale Mortgage, 585 South Blvd E, Pontiac, MI 48341-3163 |
| 27680642 | | Email/Text: bankruptcy@ups.com | Nov 03 2023 21:34:00 | UPS, P.O. Box 894820, Los Angeles, CA 90189-4820 |
| 27688049 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Nov 03 2023 21:34:00 | US Bank/RMS, Attn: Bankruptcy, Po Box 5229, Cincinnati, OH 45201-5229 |
| 27688051 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 03 2023 21:39:32 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a 3rd Fl, Des Moines, IA 50328-0001 |

TOTAL: 50

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| ust | | Andrew R. Vara |
| cr | | Cimolai USA, LLC |
| cr | | Flagstar Bank, N.A. |
| cr | | Ford Motor Credit Company LLC |
| intp | | Helmut Mauer |
| acc | | Kurt Mueller |
| intp | | Offshore Acquisition, LLC |
| cr | | United Shore Financial Services, LLC |
| 27680420 | | Claasen Shipyards, 37 Wellington Road, Phillipsburg Sint-Maarten P.O.Box 5011, Phillipsburg, SINT-MAARTEN |
| 27680587 | | Seahorse Mag, Fairmeade Communications Ltd., 5 Britannia Place Station St., Lymington Hampshire SO413BA United Kingd |
| 27680601 | | Sparcraft Cape Town, 22 Bolt Ave., Montague Gardens, Postal Code 7435 Cape Town, SA |
| 27690389 | *P++ | APAC PAPER & PACKAGING CORPORATION, 4000 ENTERPRISE DRIVE, ALLEN PARK MI 48101-3533, address filed with court:, APAC Paper & Packaging Corporation, 4000 Enterprise Drive, Allen Park, MI 48101-4000 |
| 27680574 | *+ | Alexander Roberts, 1851 Langley Ave., Irvine, CA 92614-5697 |
| 27680486 | * | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 27808762 | *+ | Michigan Department of Treasury, Bankruptcy Unit, P.O. Box 30168, Lansing, MI 48909, 5 48909-7668 |
| 27680598 | * | Small Business Administration, PO Box 740192, Atlanta, GA 30374-0192 |
| 27704097 | *+ | Teufelberger Fiber Rope Corp, 848 Airport Rd, Fall River, MA 02720-4735 |
| 27790707 | *+ | United Shore Financial Services, LLC, Attention: Bankruptcy Department, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 27680396 | ##+ | Amazon, 1200 12th Ave., Ste. 1200, Seattle, WA 98144-2734 |
| 27680472 | ##+ | Gorilla Rigging, 77 Dr Marcus Wheatland Blvd., Newport, RI 02840-2051 |
| 27680505 | ##+ | LAIRD PLASTICS, 26403 GROESBECK HWY, WARREN, MI 48089-1539 |
| 27680579 | ##+ | Safe Harbor Jamestown, Jamestown Boat Yard, P.O. Box 347, Jamestown, RI 02835-0347 |
| 27680653 | ##+ | Waterline Systems, 342 Compass Cir., North Kingstown, RI 02852-2618 |

TOTAL: 11 Undeliverable, 7 Duplicate, 5 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 05, 2023      Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 3, 2023 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Brendan G. Best | on behalf of Creditor Steven L. King bgbest@varnumlaw.com kkstandish@varnumlaw.com |
| Charles D. Bullock | on behalf of Debtor In Possession Eric R Graczyk cbullock@sbplclaw.com lhaas@sbplclaw.com |
| Charles D. Bullock | on behalf of Debtor In Possession Offshore Spars Co. cbullock@sbplclaw.com lhaas@sbplclaw.com |
| David Eisenberg | on behalf of Creditor Cimolai USA LLC deisenberg@maddinhauser.com |

Deborah L. Fish
    dfish@allardfishpc.com MI56@ecfcbis.com

Deborah S. Rubin
    on behalf of Creditor Pathward National Association drubin@taftlaw.com ttorni@taftlaw.com;DET_Docket_Assist@taftlaw.com

Douglas C. Bernstein
    on behalf of Interested Party Helmut Mauer dbernstein@plunkettcooney.com kwebster@plunkettcooney.com

Elliot G. Crowder
    on behalf of Debtor In Possession Eric R Graczyk ecrowder@sbplclaw.com lhaas@sbplclaw.com

Elliot G. Crowder
    on behalf of Debtor In Possession Offshore Spars Co. ecrowder@sbplclaw.com lhaas@sbplclaw.com

Ernest Hassan
    on behalf of Debtor In Possession Offshore Spars Co. ehassan@sbplclaw.com lhaas@sbplclaw.com

Ernest Hassan
    on behalf of Debtor In Possession Eric R Graczyk ehassan@sbplclaw.com lhaas@sbplclaw.com

Heather R. Burnard
    on behalf of Creditor United Shore Financial Services LLC EasternECF@Trottlaw.com

Jill M. Gies (UST)
    on behalf of U.S. Trustee Andrew R. Vara jill.gies@usdoj.gov

Julie Beth Teicher
    on behalf of Creditor Cimolai USA LLC jteicher@maddinhauser.com

Kevin Erskine
    on behalf of Creditor United States of America (IRS) kevin.erskine@usdoj.gov Karen.Ducharme@usdoj.gov;Michele.Gangler@usdoj.gov;Sandra.Delozier@usdoj.gov;CaseView.ECF@usdoj.gov;Aida.Garmo@usdoj.gov

Kimberly Ross Clayson
    on behalf of Creditor Pathward National Association kclayson@taftlaw.com ttorni@taftlaw.com;DET_Docket_Assist@taftlaw.com

Mary A. Mahoney
    on behalf of Creditor Brown Borkowski & Morrow mmahoney@bbmlawpc.com mmahoneyslf@gmail.com;cpeabody@bbmlawpc.com

Michael P. Hogan
    on behalf of Creditor Flagstar Bank N.A. mhogan@sspclegal.com, stremonti1@sspclegal.com

Richardo I. Kilpatrick
    on behalf of Creditor Ford Motor Credit Company LLC ecf@kaalaw.com Rkilpatrick@ecf.courtdrive.com;ksmith@ecf.courtdrive.com;crik11@trustesolutions.net

Ronna G. Jackson
    on behalf of U.S. Trustee Andrew R. Vara Ronna.G.Jackson@usdoj.gov

Sara Rajan
    on behalf of Creditor Brown Borkowski & Morrow srajan@bbmlawpc.com cpeabody@bbmlawpc.com

Sheryl L. Toby
    on behalf of Interested Party Offshore Acquisition LLC stoby@dykema.com, dguerrero@dykema.com

Tara Raske-Liles
    on behalf of Creditor Ford Motor Credit Company LLC tliles@kaalaw.com tliles@ecf.courtdrive.com

Tara Raske-Liles
    on behalf of Debtor In Possession Offshore Spars Co. tliles@kaalaw.com tliles@ecf.courtdrive.com

TOTAL: 24