# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - DETROIT

**IN THE MATTER OF:**

Offshore Spars Co., et al.[1]

           Debtors.

Case No. 23-44657
Judge Thomas J. Tucker
Chapter 11
Jointly Administered

## STIPULATION FOR ENTRY OF ORDER CONFIRMING THE 1ST AMENDED COMBINED PLAN OF LIQUIDATION OF OFFSHORE SPARS CO. AND REORGANIZATION OF ERIC R. GRACZYK UNDER BANKRUPTCY CODE SECTION 1191(b)

NOW COME Offshore Spars Co. and Eric R. Graczyk, the above-captioned debtors (collectively, the "Debtors"), Deborah Fish, Subchapter V Trustee, the Office of the United States Trustee, and Pathward, N.A. ("Pathward" or "Lender"), and Flagstar Bank ("Flagstar") each by and through their undersigned counsel, agree and stipulate to the entry of the attached order:

Approved as to form and content.

*[Signatures on following page]*

---

[1] The Debtors in these jointly administered cases are Offshore Spars Co. (Case No. 23-44657) and Eric G. Graczyk (Case No. 23-44658).

| | |
|---|---|
| **STEVENSON & BULLOCK, P.L.C.**<br><br>By: /s/ Elliot G. Crowder<br>Elliot G. Crowder (P76137)<br>Counsel for Debtor<br>26100 American Drive, Suite 500<br>Southfield, MI 48034<br>Phone: (248) 354-7906<br>Facsimile: (248) 354-7907<br>Email: ecrowder@sbplclaw.com<br><br>Dated: January 16, 2024 | **OFFICE OF THE U.S. TRUSTEE**<br><br>By: /s/ Ronna G. Jackson<br>Ronna G. Jackson<br>Counsel for US Trustee<br>211 W. Fort Street, Suite 700<br>Detroit, MI 48226<br>Phone: (313) 226-7934<br>Facsimile: (313) 226-7952<br>Email: ronna.g.jackson@usdoj.gov<br><br>Dated: January 16, 2024 |
| **TAFT STETTINIUS & HOLLISTER LLP**<br><br>By: /s/ Kimberly R. Clayson<br>Kimberly R. Clayson (P69804)<br>Counsel for Lender<br>27777 Franklin Road, Suite 2500<br>Southfield, MI 48034<br>Tel. (248) 727-1635<br>Email: kclayson@taftlaw.com<br><br>Dated: January 16, 2024 | **ASSISTANT U.S. ATTORNEY**<br><br>By: /s/ Kevin Erskine<br>Kevin Erskine (P69120)<br>Counsel for Internal Revenue Service<br>211 W. Fort Street, Suite 2001<br>Detroit, MI 48226<br>Tel. (313) 226-9610<br>Email: Kevin.Erskine@usdoj.gov<br><br>Dated: January 16, 2024 |
| **ALLARD & FISH, P.C.**<br><br>By: /s/ Deborah L. Fish<br>Deborah L. Fish (P36580)<br>Subchapter V Trustee<br>211 West Fort Street<br>Suite 705<br>Detroit, MI 48226<br>Phone: (313) 961-6141<br>Email: dfish@allardfishpc.com<br><br>Dated: January 16, 2024 | **SCHNEIDERMAN & SHERMAN PC**<br><br>By: /s/ Michael P. Hogan<br>Michael P. Hogan (P63074)<br>Counsel for Flagstar<br>23938 Research Dr., Suite 300<br>Farmington Hills, MI 48335<br>Phone: (248) 539-7400<br>Facsimile: (248) 539-7401<br>Email: mhogan@sspclegal.com<br><br>Dated: January 16, 2024 |